# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PLAINTIFF,

Juarte Somerville

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-09-5010-EFS

Macy's Department Store

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Ms. Somerville's claims shall be submitted to arbitration consistent with the Macy's Solution In STORE arbitration provision. Macy's Motion to Compel Arbitration and Dismiss or Stay Civil Proceedings (Ct. Rec. 17) is GRANTED. Judgment is to be entered in Macy's favor without prejudice and this file shall be CLOSED.

May 08, 2009      JAMES R. LARSEN
*Date*            *Clerk*
                  s/ Vikki Johnson
                  *(By) Deputy Clerk*
                  Vikki Johnson